■ DEXTHA CLARKE, Respondent, v MOSES URLICK et al., Defendants, and LAWRENCE MARCUS, Appellant. [697 NYS2d 518] —In an action to recover damages for personal injuries, the defendant Lawrence Marcus appeals from an order of the

Supreme Court, Kings County (Clemente, J.), dated November 20, 1998, which denied his motion to vacate a judgment entered upon his failure to appear or answer.

Ordered that the order is affirmed, without costs or disbursements.

The appellant failed to provide a reasonable excuse for his default or a meritorious defense as required by CPLR 5015 in order to obtain vacatur of the judgment (*see, Kavanagh v Demitrieus*, 259 AD2d 523; *Furon Constr. v Velez*, 209 AD2d 666). S. Miller, J. P., Thompson, Krausman, Florio and Schmidt, JJ., concur.